798 A.2d 1277

**Robert C. BOLUS, Appellant,**

**v.**

**D. Michael FISHER, Attorney General of the Commonwealth of Pennsylvania and Andrew Jarbola, District Attorney of the County of Lackawanna, Appellees.**

Supreme Court of Pennsylvania.

June 19, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2002, the Order of the Commonwealth Court, dated October 23, 2001, is AFFIRMED.